**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

v.                                                                    CASE NO.: 8:15-CR-33-T-33TBM

**FRAZIER WILLIAMS**
_____/

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL AND**
**INCORPORATED MEMORANDUM OF LAW**

**COMES NOW**, A. FITZGERALD HALL, counsel for the Defendant, FRAZIER WILLAIMS, and moves this Court to: **PERMIT COUNSEL TO WITHDRAW AND APPOINT NEW COUNSEL**. As grounds for this motion, undersigned counsel proffers the following:

**BACKGROUND**

1. On February 10, 2015, Mr. Williams was indicted on one count of aiding in the filing of a fraudulent tax return in violation of 26 U.S.C. § 7206(2) (Doc. 1).

2. On February 24, 2015, Mr. Williams made his initial appearance before this Court on the aforesaid indictment (Doc. 3). Mr. Williams entered a plea of not guilty and was granted pretrial release (Docs. 3 & 5).

3. Trial in this matter is currently scheduled for Monday, July 27, 2015

1

(Doc. 18).

4. As this Court is aware, undersigned counsel had notified it during previous status conferences that this case would be a trial. In fact, undersigned counsel had been preparing for trial. Furthermore, as this Court will recall, a hearing was held on Mr. Williams' Motion *in Limine* on July 1, 2015 and the Government's Oral Motion to Admit 404(b) evidence against Mr. Williams (Docs. 20 & 23). This Court denied Mr. Williams' Motion *in Limine* and granted the Government's Oral Motion to Admit 404(b) evidence (Doc. 24).

5. Despite the adverse rulings on his Motion *in Limine* and the admission of 404(b) evidence against him, Mr. Williams still wanted to proceed to trial by jury and undersigned counsel was preparing, and would be ready, for trial of this matter. However, early this week, while preparing for trial, undersigned counsel discovered evidence in this case that has presented him with a conflict of interest that now prohibits him from any further representation of Mr. Williams. As a result of such information, undersigned counsel believed it appropriate to file this motion to withdraw from any further representation of Mr. Williams.

6. As this Court is aware, the Florida Rule of Professional Conduct, which govern undersigned counsel's ethical obligations, provide that communications between the client and the attorney are confidential. *See* Rule 4-1.6(a), Rules of

Professional Conduct, Rules Regulating The Florida Bar.

7. The nature of the instant conflict of interest undersigned counsel has in any further representation of Mr. Williams, due to Mr. Williams wanting to proceed to trial, is of such a nature that the said conflict should not be disclosed. In fact, undersigned counsel "certifies" that he has a conflict of interest in any further representation of Mr. Williams due to the trial posture of the case.

8. As a result of the above, undersigned counsel moves this Court to permit his withdrawal from any further representation of Mr. Williams and requests this Court appoint new counsel to represent him.

9. Mr. Williams has been advised of the said conflict of interest raised herein. Furthermore, Mr. Williams has advised undersigned counsel that he has retained new counsel. It should be noted that as of the filing of the instant motion that no one has contacted undersigned counsel to advise he/she would be representing Mr. Williams and neither has anyone filed a notice of appearance to assume the representation of Mr. Williams.

10. Undersigned counsel has spoken with Assistant United States Attorney, Robert Mosakowski, who has no objection(s) to the instant motion.

**WHEREFORE**, undersigned counsel prays this Court will grant the relief requested herein and enter an order of permitting his withdrawal as counsel and

appoint new counsel to represent Mr. Williams.

                                          Respectfully submitted,

                                          DONNA LEE ELM
                                          FEDERAL DEFENDER

By:   *s/ A. Fitzgerald Hall*
           A. Fitzgerald Hall, Esq.
           Florida Bar No. 0137138
           Assistant Federal Defender
           400 North Tampa Street, Suite 2700
           Tampa, Florida 33602
           Phone: (813) 228-2715
           Facsimile: (813) 228-2562
           Email: Alec_Hall@fd.org

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to Office of the United States Attorney, Assistant United States Attorney Robert Mosakowski, and Frazier Williams, 5823 Bowen Daniel Drive, Unit 1204, Tampa, FL 33616, on this 17th day of July 2015.

By:   *s/ A. Fitzgerald Hall*
           A. Fitzgerald Hall, Esq.
           Assistant Federal Defender